**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Luke KAY, Defendant—Appellant.**

No. 10–15471
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 26, 2011.

Michelle Thresher Taylor, Esq., Robert Monk, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Howard C. Anderson, Donna Lee Elm, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before HULL, WILSON and BLACK, Circuit Judges.

**PER CURIAM:**

Howard C. Anderson, appointed counsel for Luke Kay, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*,

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Kay's supervised release and resulting sentence are **AFFIRMED.**